# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

161782

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PIERRE LAMAR TIPTON, JR.,
        Defendant-Appellant.

SC: 161782
COA: 345039
Macomb CC: 2017-001213-FC

_____/

On order of the Court, the application for leave to appeal the March 19, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2021



b0310

Clerk